# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | | |
|---|---|---|
| PATRICIA A. DOWNS | * | CIVIL ACTION NO. 17-0888 |
| VERSUS | * | JUDGE TERRY A. DOUGHTY |
| UNITED OF OMAHA LIFE INSURANCE COMPANY, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, and DECREED that Plaintiff's petition for long-term disability benefits [Doc. No. 1] is DENIED and DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that, to the extent Plaintiff asserts a claim against Mutual of Omaha Insurance Company, that claim is DENIED and DISMISSED WITH PREJUDICE.

Monroe, Louisiana, this 2nd day of January, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE